| | |
|---|---|
| 1 | Nina Wilder (SBN 100474) |
|   |    Law Offices Of |
| 2 | WEINBERG & WILDER |
|   | 523 Octavia Street |
| 3 | San Francisco, CA 94102 |
|   | Telephone (415) 431-3472 |
| 4 | Facsimile   (415) 552-2703 |

Attorneys for Defendant
HENOKE TECLECHAIMANOT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   No. CR-09-0706-WHA
)
    Plaintiff,   )
)
)
)   **STIPULATION AND [proposed] ORDER**
)   **TO AMEND JUDGMENT PURSUANT**
    vs.   )   **TO RULE 35(a)**
)
HENOKE TECLECHAIMANOT,   )
)
    Defendant.   )
_____  )

    IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that the the written Judgment should include the following language under IMPRISONMENT: Defendant shall received credit for time served in San Mateo County.  The failure to request this language at the oral pronouncement of sentence was clearly error.

Dated: February 25, 2010          /s/ Aaron D. Wegner
                                           AARON D. WEGNER
                                           Assistant United States Attorney

Dated: February 25, 2010          / s / NINA WILDER
                                           NINA WILDER
                                           Attorney for Defendant
                                           HENOKE TECLECHAIMANOT

**ORDER**

**IT IS SO ORDERED.**

Dated: March 1, 2010.



_____
HONORABLE WILLIAM H. ALSUP
United States District Judge

STIPULATION TO AMEND JUDGMENT (CR 09-706-WHA)

2